IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AMADOR VALENTIN, #50946-004                                       PETITIONER

VERSUS                                   CIVIL ACTION NO. 5:09cv60-DCB-MTP

UNITED STATES OF AMERICA, et al.                                RESPONDENTS

## **FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed with prejudice.

This the <u>16th</u> day of June, 2009.


                                               s/ David Bramlette
                                          UNITED STATES DISTRICT JUDGE